# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**DEEPWELL ENERGY SERVICES, LLC**                          **PLAINTIFF**

V.                          **CIVIL ACTION NO. 2:18-CV-53-KS-MTP**

**JIMMY DALE SIMS,** *et al.*                          **DEFENDANTS**

### ORDER

On May 14, 2018, the Court held an evidentiary hearing on the pending motions. The parties requested an opportunity to submit supplemental briefing. Therefore, if any party wishes to submit supplemental briefing on any motion currently pending, they must do so on or before **May 28, 2018.**

SO ORDERED AND ADJUDGED this ___17th___ day of May, 2018.

                                              /s/ Keith Starrett
                                              KEITH STARRETT
                                              UNITED STATES DISTRICT JUDGE